UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

SENTENCING MINUTES                                        Judge: 3J09

                                                          Date: 4/13/10

CRIMINAL CASE NO. CR 109-073-006
                                                          City: Augusta
USA v. DERRICK D. KING

COURTROOM DEPUTY: Joe Howell              COURT REPORTER: Rhea Rangel

ATTORNEY(S) FOR THE GOVERNMENT:           ATTORNEY(S) FOR THE DEFENDANT:

NANCY C. GREENWOOD                        J. EDWARD ENOCH, JR.

PROBATION OFFICER:                        DEFENDANT SENTENCED ON COUNT(S)

DAVID BLEVINS, CRAIG DALLAS               1

Y  PSI reviewed in full                   Custody 220 months

Y  Objections to factual basis            Probation — N —

Y  Objections to Guidelines Calculations  Supervised Release 5 years

N  Changes ordered                        Y  Standard and Special Conditions of
                                          release to be explained by USPO. Written
Y  Factual Witnesses BRANDON MITCHELL, GBI copy to be provided to defendant.

Y  Statement by counsel                   Special Assessment $ 100.00

Y  Statement by defendant                 Fine $ 2,000.00

Y  Appeal rights of defendant explained/waived   Restitution $ — N —

Facility requested/recommended            Community Service: — N — hours
N
                                          w/in _____ months of release.

Defendant remanded Y                      Dismiss Count(s) 21, 24, 32

Voluntary surrender N                     Plea agreement accepted Y

Departure from guidelines N               Upward —  Downward —

Time 10:59 to 1:13