**UNITED STATES COURT OF APPEALS**
For the Eleventh Circuit

No. 10-11865

District Court Docket No.
1:09-cr-00073-JRH-WLB-6

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEBRUARY 4, 2011
JOHN LEY
CLERK

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

versus

DERRICK D. KING,
a.k.a. Dirty Red,
a.k.a. Dirt,

    Defendant - Appellant.

Appeal from the United States District Court for the
Southern District of Georgia

JUDGMENT

It is hereby ordered, adjudged, and decreed that the attached opinion included herein by reference, is entered as the judgment of this Court.

Entered: February 04, 2011
For the Court: John Ley, Clerk of Court
By: Djuanna Clark

ISSUED AS MANDATE
MAR 0 7 2011
U.S. COURT OF APPEALS
ATLANTA GA



[DO NOT PUBLISH]



IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 10-11865
Non-Argument Calendar

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEBRUARY 4, 2011
JOHN LEY
CLERK

D.C. Docket No. 1:09-cr-00073-JRH-WLB-6

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DERRICK D. KING,
a.k.a. Dirty Red,
a.k.a. Dirt,

Defendant-Appellant.

Appeal from the United States District Court
for the Southern District of Georgia

(February 4, 2011)

Before EDMONDSON, PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

J. Edward Enoch, Jr., appointed counsel for Derrick D. King in this direct

criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and King's conviction and sentence are **AFFIRMED**.

A True Copy - Attested
Clerk U.S. Court of Appeals,
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

