# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

## CLERK'S MINUTES - GENERAL

---

CASE NO. **CR 109-073**           DATE **May 13, 2011**
TITLE **USA v. Derrick D. King**
TIMES **9:33 a.m. - 9:40 a.m.**           TOTAL **7 minutes**

---

Honorable : **J. Randal Hall, U.S. District Court Judge**      Courtroom Deputy : **Joe Howell**
Court Reporter : **Rhea Rangel**                               Interpreter :

---

| Attorney for Government | Attorney for Defendant(s) | Defendant(s) |
|---|---|---|
| Nancy C. Greenwood, AUSA | Edward J. Enoch, Jr. | Defendant's presence waived by counsel. |

---

PROCEEDINGS : **Teleconference on Government's Rule 35 Motion**     ☑ In Court
                                                                    ☐ In Chambers

**Court heard Government's presentation on the motion. Defense counsel concurred with government's position. Court will enter order. Court adjourned.**

(Rev 7/2003)                                                        GENERAL CLERK'S MINUTES