AO 247 (10/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Augusta Division

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 OCT 14  AM 11: 44
CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Derrick D. King ) | Case No: 1:09CR00073-6 |
| aka "Dirty Red," aka "Dirt" ) | USM No: 14190-021 |
| Date of Original Judgment: April 13, 2010 ) | J. Edward Enoch, Jr. |
| Date of Previous Amended Judgment: May 13, 2011 ) | Defendant's Attorney |

*(Use Date of Last Amended Judgment if Any)*

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☒ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated _____May 13, 2011_____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  10/14/2015

_____
Judge's signature

Effective Date: November 1, 2015
*(if different from order date)*

J. Randal Hall
United States District Judge
*Printed name and title*